UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HOWERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., aka THE HOME DEPOT, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.  1:21-cv-01762-AWI-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 11). |

On October 10, 2022, the parties filed a joint stipulation for dismissal with prejudice. (ECF No. 11). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:  **October 11, 2022**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1